UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ILLIANA DISPOSAL PARTNERSHIP d/b/a ALLIED WASTE SERVICES OF DE MOTTE,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>PREMIER WASTE & RECYCLING, INC.,  )<br><br>Defendant.  ) | Case No. 4:06-cv-0108-AS |

### MEMORANDUM, ORDER, AND OPINION

On July 21, 2006, Plaintiff filed a Motion for Preliminary Injunction, and the Court scheduled oral arguments on that Motion for September 7, 2006 in Lafayette, Indiana. On September 6, 2006, this Court signed an order continuing the oral arguments until a later date. On that same day, September 6, 2006, the Plaintiff filed a Motion to Withdraw Plaintiff's Motion for Preliminary Injunction (Docket No. 18). That motion is **GRANTED**. The Plaintiff's Motion for Preliminary Injunction (Docket No. 9) is **DENIED** as moot because the Plaintiff's request for Preliminary Injunction was withdrawn.

**SO ORDERED.**

**DATE: September 7, 2006**

                                                                                     s/ALLEN SHARP
                                                                                     **ALLEN SHARP, JUDGE**
                                                                                     **UNITED STATES DISTRICT COURT**